```
FILED

APR  1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1181-BTM |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| TN: MELESIO JUAN SIMON, AKA: Aurelio Esteves-Julian, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about March 14, 2008, within the Southern District of California, defendant MELESIO JUAN SIMON, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Aurelio Esteves-Julian, whereas in truth and fact, as defendant then and there well knew

//
//
//
//
//

WDK:mg:San Diego
4/11/08

1 | that statement and representation was false, fictitious and
2 | fraudulent when made; in violation of Title 18, United States Code,
3 | Section 1001.
4 |     DATED: *16 April 2008*.

                        KAREN P. HEWITT
                        United States Attorney

                        DOUGLAS KEEHN
                        Assistant U.S. Attorney