AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

APR 1 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

TN: MELESIO JUAN SIMON
AKA: Aurelio Esteves-Julian

**WAIVER OF INDICTMENT**

CASE NUMBER: 08 mj 0867

I, <u>MELESIO JUAN SIMON</u>, the above named defendant, who is accused of committing

the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on ___4|17|08___ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER